UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEVE SEGAL, NICK HAMMER, ROBIN
HOUGDAHL, and TODD TERRY, on
behalf of themselves and all others similarly
situated,

                       Plaintiffs,

      v.

RAYMOND BITAR; NELSON BURTNICK;
FULL TILT POKER, LTD.; TILTWARE, LLC;
VANTAGE, LTD; FILCO, LTD.; KOLYMA CORP.
A.V.V.; POCKET KINGS LTD.;
POCKET KINGS CONSULTING LTD.;
RANSTON LTD.; MAIL MEDIA LTD.;
HOWARD LEDERER; PHILLIP IVEY JR.;
CHRISTOPHER FERGUSON; JOHNSON
JUANDA; JENNIFER HARMAN-TRANIELLO;
PHILLIP GORDON; ERICK LINDGREN; ERIK
SEIDEL; ANDREW BLOCH; MIKE MATUSOW;
GUS HANSEN; ALLEN CUNNINGHAM; PATRIK
ANTONIUS and JOHN DOES 1-100,

                       Defendants.

Case No.: 11-CV-4521 (LBS)

---

**DECLARATION OF THOMAS H. BURT IN SUPPORT OF PLAINTIFFS' REPLY TO TILTWARE, LLC'S RESPONSE MEMORANDUM OF LAW OPPOSING PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION IMPOSING A <u>CONSTRUCTIVE TRUST, AN ACCOUNTING AND EXPEDITED RECOVERY</u>**

      I, Thomas H. Burt, do hereby declare upon penalty of perjury:

      1.     I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz, LLC and am admitted to practice law before the Courts of New York State and within this Judicial District. I am one of the counsel to Plaintiffs Steven Segal, Nick Hammer, Robin Hougdahl and Todd Terry in the above-captioned matter, and submit this Declaration in support of Plaintiffs' Preliminary Injunction motion.

2.      Attached hereto as Exhibits A through G, and offered in support of Plaintiffs' Reply to Defendants' Response in Opposition to Plaintiffs' Application for a Preliminary Injunction Imposing a Constructive Trust, an Accounting and Expedited Recovery, are true and correct copies of the following Documents:

| | |
|---|---|
| Exhibit A: | Agreement Between the U.S. Attorney's Office and Vantage Limited d/b/a/ Full Tilt Poker Regarding Use of Domain Name FullTiltPoker.com, *U.S. v. Pokerstars*, No. 11-CV-2564(LBS) (Dkt. No. 11) (filed Apr. 20, 2011) (certified as true copy by this Court on July 11, 2011). |
| Exhibit B: | Complaint, *Ivey v. Tiltware*, No. A-11-642387-C (Nev. 8th J. Dist., Dept. 1, June 1, 2011). |
| Exhibit C: | Roger S., *Full Tilt Poker Founders*, Gambling Sites, www.gamblingsites.com/bio/full-tilt-poker-founders, last accessed July 17, 2011. |
| Exhibit D: | Declaration of Joseph Weiss in Support of Preliminary Injunction (attesting that the corporate filings attached therein are true and correct copies). |

| | | |
|---|---|---|
| | Exhibit A | Submission No. 4561981, Pocket Kings Limited, Papers of Incorporation. |
| | Exhibit B | Submission No. 7465424, Form B1, Annual Return for Company (with Financial Statements). |
| | Exhibit C | Submission No. 4751683, Pocket Kings Training Limited, Papers of Incorporation. |
| | Exhibit D | Submission No. 4767557, Pocket Kings Training Limited, Form G1Q, Notice of Special Resolution Changing Name of Company to Pocket Kings Consulting Limited. |
| | Exhibit E | Submission No. 4515213, Pocket Kings Consulting Limited, Form B1, Annual Return for Company (with Financial Statements for the year ended April 30, 2010). |

| | |
|---|---|
| Exhibit E: | Verified Complaint, *U.S. v. Pokerstars*, No. 11-CV-2564(LBS) (Dkt. No. 8 ) (filed Apr. 20, 2011) (certified as true copy by this Court on July 11, 2011). |
| Exhibit F: | Declaration of Steven Segal In Support of Application For Preliminary Injunction Imposing Constructive Trust, An Accounting and Expedited Discovery. |
| Exhibit G: | Declaration of Beth A. Landes Regarding Media Reports on Foreign Investment in Full Tilt Poker, appending three news articles: |
| | Exhibit A — Tom Victor, *Full Tilt Deal Could Be Sealed Next Week*, EGaming Review Magazine (Jul. 7, 2011), http://www.egrmagazine.com/news/1677627/full-tilt-deal-could-be-sealed-next-week.thtml (last visited Jul. 12, 2011). |
| | Exhibit B — Nathan Popper, *Full Tilt Poker To Be Sold To European Investors*, Los Angeles Times (Jul. 1, 2011), http://articles.latimes.com/print/2011/jul/01/business/la-fi-online-poker-20110701 (last visited Jul. 12, 2011). |
| | Exhibit C — Alexandra Berzon, *Full Tilt Owner Finds Buyer*, Wall Street Journal, (July 1, 2011, 9:10 am), http://online.wsj.com/article/SB10001424052702304584004576419531429712862.html?mod=googlenews_wsj. |

Executed this 18th day of July, 2011, in New York County, New York.

_____
THOMAS H. BURT