UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STEVE SEGAL, et al.,

        Plaintiff(s),　　　　　　　　　　Index No.  11 CIV 4521

-against-　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

RAYMOND BITAR, et al.,

        Defendant(s).
------------------------------------------------------X
STATE OF NEVADA　　)
　　　　　　　　　　　　　S.S.
COUNTY OF CLARK　　)

    Marie A. Scheib, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

    That on the 18th day of July, 2011, at approximately the time of 11:46 am, deponent attempted to serve a true copy of the Summons in a Civil Action and Class Action Complaint and Action Under 18 USCS §1961 et. seq. upon Howard Lederer at 99 Hawk Ridge Drive, Las Vegas, Nevada but received no answer to repeated knocks on the door and rings of the bell.  At that time, therefore, deponent served a true copy of the foregoing papers upon Howard Lederer by firmly affixing the same conspicuously on the front door at that address, the actual place of residence.

    That on the 18th day of July, 2011, deponent served another copy of the foregoing upon Howard Lederer by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, State of Nevada, addressed as follows:

Howard Lederer
99 Hawk Ridge Drive
Las Vegas, Nevada 89135

_/s/ Marie Scheib_
Marie A. Scheib

Sworn to before me this
20th day of July, 2011

_____
NOTARY PUBLIC



MARY KHAMSOPHA
Notary Public State of Nevada
No. 07-3661-1
My appt. exp. June 21, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
STEVE SEGAL, et al.,

       Plaintiff(s),                            Index No. 11 CIV 4521

  -against-                                  AFFIDAVIT OF ATTEMPTED SERVICE

RAYMOND BITAR, et al.,

       Defendant(s).
----------------------------------------------------X
STATE OF NEVADA  )
                           S.S.
COUNTY OF CLARK  )

       Jillian L. Tate, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 9th day of July, 2011, at approximately the time of 11:40 am, deponent attempted to serve a true copy of the Summons in a Civil Action and Class Action Complaint and Action Under 18 USCS §1961 et. seq. upon Howard Lederer at 99 Hawk Ridge Drive, Las Vegas, Nevada, but was informed by a maid that the defendant would not come to the door to accept service.

       That on the 11th day of July, 2011, at approximately the time of 8:22 pm, deponent again attempted to serve a true copy of the Summons in a Civil Action and Class Action Complaint and Action Under 18 USCS §1961 et. seq. upon Howard Lederer at 99 Hawk Ridge Drive, Las Vegas, Nevada, but received no answer to repeated knocks on the door and rings of the bell.

       That on the 12th day of July, 2011, at approximately the time of 7:24 am, deponent again attempted to serve a true copy of the Summons in a Civil Action and Class Action Complaint and Action Under 18 USCS §1961 et. seq. upon Howard Lederer at 99 Hawk Ridge Drive, Las Vegas, Nevada, , but again received no answer to repeated knocks on the door and rings of the bell.

       That on the 14th day of July, 2011, at approximately the time of 5:55 pm, deponent again attempted to serve a true copy of the Summons in a Civil Action and Class Action Complaint and Action Under 18 USCS §1961 et. seq. upon Howard Lederer at 99 Hawk Ridge Drive, Las Vegas, Nevada, , but again received no answer to repeated knocks on the door and rings of the bell.

       That on the 16th day of July, 2011, at approximately the time of 7:02 pm, deponent again attempted to serve a true copy of the Summons in a Civil Action and Class Action Complaint and Action Under

18 USCS §1961 et. seq. upon Howard Lederer at 99 Hawk Ridge Drive, Las Vegas, Nevada, , but again received no answer to repeated knocks on the door and rings of the bell.

*Jillian L. Tate*

Sworn to before me this
20th day of July, 2011

_____
NOTARY PUBLIC

MARY KHAMSOPHA
Notary Public State of Nevada
No. 07-3661-1
My appt. exp. June 21, 2015