UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STEVE SEGAL, et al.,

        Plaintiff(s),                                  Index No. 11 CIV 4521

  -against-                                       AFFIDAVIT OF SERVICE

RAYMOND BITAR, et al.,

        Defendant(s).
-------------------------------------------------------X
STATE OF NEVADA   )
                           S.S.
COUNTY OF CLARK  )

        Jillian L. Tate, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 9th day of July, 2011, at approximately the time of 12:18 pm, deponent served a true copy of the Summons in a Civil Action and Class Action Complaint and Action Under 18 USCS §1961 et. seq. upon Andrew Bloch at 8941 Diamond Falls Drive, #101ED, Las Vegas, Nevada, by personally delivering and leaving the same with Joe Gerten, Attorney, who informed deponent that he is an agent authorized by appointment to receive service at that address. At the time of service Joe Gerten was on the phone with the defendant who authorized receipt of service at that time.

        Joe Gerten is a white male, approximately 55 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 240 pounds with no hair and brown eyes.

_Jillian L. Tate_  R-045957

Sworn to before me this
12th day of July, 2011

NOTARY PUBLIC

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012