IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN SEGAL, NICK HAMMER, ROBIN HOUGDAHL, and TODD TERRY, on behalf of themselves and all other similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RAYMOND BITAR; NELSON BURTNICK; FULL TILT POKER, LTD.; TILTWARE, LLC; VANTAGE, LTD; FILCO, LTD.; KOLYMA CORP. A.V.V.; POCKET KINGS LTD.; POCKET KINGS CONSULTING LTD.; RANSTON LTD.; MAIL MEDIA LTD.; HOWARD LEDERER; PHILLIP IVEY JR.; CHRISTOPHER FERGUSON; JOHNSON JUANDA; JENNIFER HARMAN-TRANIELLO; PHILLIP GORDON; ERICK LINDGREN; ERIK SEIDEL; ANDREW BLOCH; MIKE MATUSOW; GUS HANSON; ALLEN CUNNINGHAM; PATRICK ANTONIUS and JOHN DOES 1-100<br>Defendant. | Civil Action No.: 11-CV-4521 (LBS) |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

PLEASE TAKE NOTICE that Defendants, TILTWARE, LLC; VANTAGE, LTD.; FILCO, LTD.; POCKET KINGS LTD.; POCKET KINGS CONSULTING LTD.; HOWARD LEDERER; CHRISTOPHER FERGUSON; JENNIFER HARMAN-TRANIELLO, ERICK LINDGREN; ERICK SEIDEL; ANDREW BLOCH; MIKE MATUSOW; and ALLEN CUNNINGHAM, respectfully submit their Motion to Dismiss Plaintiffs' Complaint. Specifically, Defendants move to dismiss Plaintiffs' Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction and Rule 12(b)(6) for failure to state a claim upon which relief can be granted under the Racketeering Influenced and Corrupt

Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq.*, and for failure to state a conversion claim.

The grounds for Defendants' Motion to Dismiss Plaintiffs' Complaint are more fully set forth in the accompanying Memorandum of Law filed contemporaneously herewith.

Dated: August 19, 2011                                     Respectfully submitted,


                                                            _____/s/__A. Jeff Ifrah_____
                                                            A. JEFF IFRAH (Bar No.: AI1627)
                                                            Email: jeff@ifrahlaw.com
                                                            DAVID B. DEITCH (Bar No.: DD9900)
                                                            Email: ddeitch@ifrahlaw.com
                                                            IFRAH PLLC
                                                            1717 Pennsylvania Avenue, Suite 650
                                                            Washington, D.C. 20006-2004
                                                            Telephone: (202) 524-4140
                                                            Facsimile:  (202) 524-4141

                                                            Attorneys for Defendants,
                                                            *Tiltware, LLC; Vantage, Ltd.; Filco, Ltd.;*
                                                            *Pocket Kings Ltd.; Pocket Kings Consulting Ltd.;*
                                                            *Howard Lederer; Chris Ferguson; Jennifer*
                                                            *Harman-Traniello; Erick Lindgren; Erik Seidel;*
                                                            *Andrew Bloch; Mike Matusow; and*
                                                            *Allen Cunningham*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2011, a copy of the foregoing Defendants' Notice of Motion of Dismiss Plaintiffs' Complaint, Memorandum of Law in support thereof, and Proposed Order were sent via the ECF filing system and via email to:

>Thomas H. Burt
>Beth Landes
>Gregory Nespole
>Lawrence Kolker
>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
>270 Madison Avenue
>New York, New York 10016

>/s/ *A. Jeff Ifrah*
>A. Jeff Ifrah