IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN SEGAL, NICK HAMMER, ROBIN HOUGDAHL, and TODD TERRY, on behalf of themselves and all other similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RAYMOND BITAR; NELSON BURTNICK; FULL TILT POKER, LTD.; TILTWARE, LLC; VANTAGE, LTD; FILCO, LTD.; KOLYMA CORP. A.V.V.; POCKET KINGS LTD.; POCKET KINGS CONSULTING LTD.; RANSTON LTD.; MAIL MEDIA LTD.; HOWARD LEDERER; PHILLIP IVEY JR.; CHRISTOPHER FERGUSON; JOHNSON JUANDA; JENNIFER HARMAN-TRANIELLO; PHILLIP GORDON; ERICK LINDGREN; ERIK SEIDEL; ANDREW BLOCH; MIKE MATUSOW; GUS HANSON; ALLEN CUNNINGHAM; PATRICK ANTONIUS and JOHN DOES 1-100<br>Defendant. | Civil Action No.: 11-CV-4521 (LBS) |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that Defendants JENNIFER TRANIELLO,[1] ALLEN CUNNINGHAM, and ERICK LINDGREN, respectfully submit their Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

---

[1] In the Complaint, Plaintiffs refer to Ms. Traniello as "Jennifer Harman-Traniello" or "Harman." We refer to her herein as Ms. Traniello or "Traniello," which is her legal name.

The grounds for Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction are more fully set forth in the accompanying Memorandum of Law filed contemporaneously herewith.

Dated: August 19, 2011  Respectfully submitted,

                                            /s/   A. Jeff Ifrah
A. JEFF IFRAH (Bar No.: AI1627)
Email: jeff@ifrahlaw.com
DAVID B. DEITCH (Bar No.: DD9900)
Email: ddeitch@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Avenue, Suite 650
Washington, D.C. 20006-2004
Telephone: (202) 524-4140
Facsimile:  (202) 524-4141

Attorneys for Defendants,
*Tiltware, LLC; Vantage, Ltd.; Filco, Ltd.;*
*Pocket Kings Ltd.; Pocket Kings Consulting Ltd.;*
*Howard Lederer; Chris Ferguson; Jennifer*
*Harman-Traniello; Erick Lindgren; Erik Seidel;*
*Andrew Bloch; Mike Matusow; and*
*Allen Cunningham*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2011, a copy of the foregoing Defendants' Notice of Motion of Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction, Memorandum of Law in support thereof, and Proposed Order were sent via the ECF filing system and via email to:

> Thomas H. Burt
> Beth Landes
> Gregory Nespole
> Lawrence Kolker
> WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
> 270 Madison Avenue
> New York, New York 10016

       /s/ *A. Jeff Ifrah* _____
       A.   Jeff Ifrah