UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STEVE SEGAL, et al.,

        Plaintiff(s),	Index No. 11 CIV 4521

     -against-	AFFIDAVIT OF SERVICE

RAYMOND BITAR, et al.,

        Defendant(s).
------------------------------------------------------X
STATE OF CALIFORNIA    )
                                    S.S.:
COUNTY OF LOS ANGELES  )

        JOHN GONZALEZ, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 24th day of August, 2011, at approximately 11: 41 am, deponent served a true copy of the Summons in a Civil Action and Class Action Complaint and Action Under 18 USCS §1961 et. seq. upon Raymond Bitar at 10866 Wilshire Boulevard, 4th Floor, Los Angeles, California, by personally delivering and leaving the same with Sylvia Correa, Legal Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Sylvia Correa is a Hispanic female, approximately 30 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 125 pounds with dark hair and dark eyes.

        That on the 24th day of August, 2011, deponent served another copy of the foregoing upon Raymond Bitar by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, State of California, addressed as follows:

Raymond Bitar 10866 Wilshire Boulevard, 4th Floor, Los Angeles, California 90024

_____
JOHN GONZALEZ #2971

Sworn to before me this
6th day of September, 2011

_____
NOTARY PUBLIC

SERGIO GARCIA
COMM. #1918083
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 20, 2014