IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SEGAL, NICK HAMMER, ROBIN HOUGDAHL, TODD TERRY, and BRADLEY CLASEN,<br><br>                    Plaintiffs,<br><br>v.<br><br>RAYMOND BITAR, NELSON BURTNICK, FULL TILT POKER, LTD., TILTWARE, LLC, VANTAGE LTD., FILCO, LTD., KOLYMA CORP. A.V.V., POCKET KINGS CONSULTING LTD., RANSTON LTD., MAIL MEDIA LTD., HOWARD LEDERER, PHILIP IVEY JR., CHRISTOPHER FERGUSON, JOHNSON JUANDA, JENNIFER HARMAN-TRANIELLO, PHILIP GORDON, ERICK LINDGREN, ERIK SEIDEL, ANDREW BLOCH, MIKE MATUSOW, GUS HANSEN, ALLEN CUNNINGHAM, PATRICK ANTONIUS and JOHN DOES 1-100,<br><br>                    Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)**<br><br><br>Case No.: 11-cv-4521-KNF |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Tiltware, LLC, Pocket Kings Ltd., Vantage, Ltd., and Filco Ltd., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Parties agree to bear their own costs in connection with this matter. Additionally, Defendant Tiltware LLC's counsel has agreed to accept service of Plaintiffs' Notice of Voluntary Dismissal on behalf of the parties that have not appeared in this matter.

780920

Dated: June 19, 2015

/s/ Thomas H. Burt
Thomas H. Burt
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600

*Counsel for Plaintiffs Segal, Hammer, Hougdahl, and Terry*

/s/ Daniel C. Hedlund
Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 339-6622

*Counsel for Plaintiffs*

/s/ Michael de Leeuw
Michael de Leeuw
**COZEN O'CONNOR**
45 Broadway Atrium, Suite 1600
New York, NY 10006
Tel: (212) 908-1331

*Counsel for Defendant Tiltware, LLC*

/s/ Alain Jeff Ifrah
Alain Jeff Ifrah
**IFRAH PLLC**
1717 Pennsylvania Ave, Suite 650
Washington, DC 20006
(202) 524-4141

*Counsel for Defendants Pocket Kings Ltd., Vantage Ltd., and Filco Ltd.*

780920